# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**JEROMY JOSPEH ACKERMAN** | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number: CR 11-3033-1-LTS<br>USM Number: 11738-029 |
| ☐ Revocation of Probation<br>■ Revocation of Supervised Release<br>☐ Modification of Supervision Conditions | **Bradley Ryan Hansen**<br>Defendant's Attorney |

## THE DEFENDANT:

■ admitted guilt to violation(s)    3, 4a-b, 5a-b, 6, 9 and 10. (*1a-c, 2, 7a-m and 8a-e)    of the term of supervision.

☐ was found in violation of _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1a-c, 7a-m | Failure to Comply with Drug Testing* | April 21, 2019 |
| 2, 8a-e | Failure to Follow USPO Directive* | April 17, 2019 |
| 3, 4a-b, 6 | Use of Alcohol | November 14, 2018 |
| 5a-b | False Statement to USPO | October 1, 2018 |
| 9 | Travel Without Permission | April 18, 2019 |
| 10 | Failure to Notify of Employment Change | April 18, 2019 |

*Admitted to multiple violations, not specific subparts.

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant was not found in violation of _____ and is discharged as to such violation(s).

☐ The Court did not make a finding regarding violation(s) _____

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

**Leonard T. Strand**
**Chief United States District Court Judge**
Name and Title of Judge      Signature of Judge

**May 7, 2019**      5/7/19
Date of Imposition of Judgment      Date

DEFENDANT: **JEROMY JOSPEH ACKERMAN**
CASE NUMBER: **CR 11-3033-1-LTS**

## PROBATION

☐ The defendant's supervision is continued with the addition of special condition number(s):

## IMPRISONMENT

☐ No imprisonment is ordered as part of this modification.

■ The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **12 months and 1 day.**

■ The court makes the following recommendations to the Federal Bureau of Prisons:
**It is recommended that you be designated to the FCI Sandstone facility or a Bureau of Prisons facility in close proximity to your family which is commensurate with your security and custody classification needs.**

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant must surrender to the United States Marshal for this district:

　☐ at _____ ☐ a.m. ☐ p.m. on _____ .

　☐ as notified by the United States Marshal.

☐ The defendant must surrender for service of sentence at the institution designated by the Federal Bureau of Prisons:

　☐ before 2 p.m. on _____ .

　☐ as notified by the United States Marshal.

　☐ as notified by the United States Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: **JEROMY JOSPEH ACKERMAN**
CASE NUMBER: **CR 11-3033-1-LTS**

## SUPERVISED RELEASE

■ Upon release from imprisonment, No Term of Supervised Release is reimposed.